**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JOEL A. MELENDEZ,

    Plaintiff,

v.                                                    No. CV 21-61 RB/CG

CITY OF LAS CRUCES POLICE DEPARTMENT,
and D'ANTHANY ROOHR,

    Defendants.

## ORDER RESETTING RULE 16 SCHEDULING CONFERENCE

**IT IS HEREBY ORDERED** that the previously scheduled Rule 16 Scheduling Conference set for **Wednesday, April 21, 2021, at 1:30 p.m.**, is **RESET** for **Monday, April 19, 2021, at 1:30 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE