**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JOEL A. MELENDEZ,

     Plaintiff,

v.                                     No. CV 21-61 RB/CG

CITY OF LAS CRUCES POLICE DEPARTMENT,
and D'ANTHANY ROOHR

     Defendants.

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

     **THIS MATTER** is before the Court after conferring with counsel about a mutually

convenient date and time. **IT IS HEREBY ORDERED** that a status conference will be

held by telephone on **Tuesday, June 29, 2021, at 2:00 p.m.** The parties shall call

Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and

enter the Access Code 7467959, to be connected to the proceedings

     **IT IS SO ORDERED**.

                                   _____
                                   THE HONORABLE CARMEN E. GARZA
                                   CHIEF UNITED STATES MAGISTRATE JUDGE