**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JOEL A. MELENDEZ,

    Plaintiff,

v.                                                                                                                                No. CV 21-61 RB/CG

CITY OF LAS CRUCES POLICE DEPARTMENT,
and D'ANTHANY ROOHR

    Defendants.

**ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY DEADLINES**

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Pretrial Deadlines and Briefing Schedule* (the "Motion"), (Doc. 22), filed July 20, 2021. In the Motion, the parties explain that despite their "working diligently on this case[,]" they will need "additional time and effort to complete discovery." *Id.* at 2. Accordingly, the parties request a sixty-day extension of the deadlines previously set in this Court's *Scheduling Order*, (Doc. 11). (Doc. 22 at 2). The Court, having reviewed the Motion, noting it was filed jointly, and having discussed the matter with counsel at the June 29, 2021 Telephonic Status Conference, (Doc. 19), finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the deadlines set forth in the Court's *Scheduling Order*, (Doc. 11), shall be modified as follows:

    1.    Plaintiff to join additional parties and to amend the pleadings by **July 19, 2021**;

    2.    Defendants to join additional parties and to amend the pleadings by **August 20, 2021**;

3. Plaintiff to identify in writing any expert witness to be used by Plaintiff at trial and to provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) by **September 17, 2021**;

4. All other parties to identify in writing any expert witness to be used by such parties at trial and to provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) by **October 18, 2021**;

5. Discovery to terminate by **December 18, 2021**;

6. Motions relating to discovery (including, but not limited to, motions to compel and motions for protective order) to be filed with the Court and served on opposing parties by **January 7, 2022**;

7. Pretrial motions, other than discovery motions, shall be filed with the Court and served on the opposing party by **January 18, 2022**;[1]

8. Final Pretrial Order by Plaintiff to Defendants by **March 11, 2022**; and

9. Final Pretrial Order by Defendants to the Court by **March 28, 2022**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions in limine. The Court will set a motions in limine deadline in a separate order.