**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JOEL A. MELENDEZ,

     Plaintiff,

v.                                                                                        No. CV 21-61 RB/CG

CITY OF LAS CRUCES POLICE DEPARTMENT,
and D'ANTHANY ROOHR

     Defendants.

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

     **THIS MATTER** is before the Court *sua sponte*. **IT IS HEREBY ORDERED** that a

status conference will be held by telephone on **Monday, December 20, 2021, at 10:30**

**a.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415,

follow the prompts, and enter the Access Code 7467959, to be connected to the

proceedings

     **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE