IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOEL A. MELENDEZ,

    Plaintiff,

v.                                                                       No. CV 21-61 RB/CG

CITY OF LAS CRUCES POLICE DEPARTMENT,
and D'ANTHANY ROOHR

    Defendants.

## ORDER EXTENDING DISCOVERY

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Time for Taking Three Depositions* (the "Motion"), (Doc. 50), filed December 20, 2021. In the Motion, the parties explain that they "have experienced difficulties in the taking of three depositions[.]" *Id.* at 1. As such, the parties ask that discovery be extended to January 31, 2022. *Id.* The Court, having reviewed the Motion, noting it is filed jointly and that it will not affect any of the other case deadlines, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's *Scheduling Order*, (Doc. 11), and *Order Granting Joint Motion to Extend Discovery Deadlines*, (Doc. 23), shall be modified as follows:

1. Discovery to terminate **January 31, 2022**;

2. Pretrial motions, other than discovery motions, shall be filed with the Court and served on the opposing party by **February 21, 2022**; and

3. The parties' proposed final pretrial order deadline shall be **VACATED**, to be determined at a later date by the presiding judge.

All other deadlines contained in the Court's *Scheduling Order*, (Doc. 36), and *Order Granting Joint Motion to Extend Discovery Deadlines*, (Doc. 23), shall remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE