**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JOEL A. MELENDEZ,

    Plaintiff,

v.   No. CV 21-61 RB/CG

CITY OF LAS CRUCES POLICE DEPARTMENT,
and D'ANTHANY ROOHR

    Defendants.

## ORDER EXTENDING TIME FOR TAKING DEPOSITION

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Time for Taking One Depositions* (the "Motion"), (Doc. 62), filed January 31, 2022. In the Motion, the parties request a five-day extension from the discovery deadline to take the deposition of Plaintiff's treating physician, George Harrington, MD, because Dr. Harrington "will not be available to sit for his deposition until Saturday, February 5, 2022." *Id.* at 1. The Court, having reviewed the Motion, noting it is filed jointly and that it will not affect any other case deadlines, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the discovery deadline shall be extended from January 31, 2022, through **February 5, 2022**, for the parties to take the deposition of Dr. George Harrington. All other deadlines contained in the Court's *Scheduling Order*, (Doc. 36), the *Order Granting Joint Motion to Extend Discovery Deadlines*, (Doc. 23), and the *Order Extending Discovery*, (Doc. 52), shall remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE