**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JOEL A. MELENDEZ,

    Plaintiff,

v.                                                                          No. CV 21-61 RB/CG

CITY OF LAS CRUCES POLICE DEPARTMENT,
and D'ANTHANY ROOHR

    Defendants.

### ORDER AMENDING SETTING ZOOM SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion for Extension of Time of Settlement Demand Letters Deadline* (the "Motion"), (Doc. 68), filed March 30, 2022. In the Motion, Plaintiff asks the Court to extend the deadline for the parties to exchange settlement demand letters because "Plaintiff's counsel is out of the office this week with the flu." *Id.* at 1. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well taken and shall be **GRANTED**.

    **IT IS THEREFORE ORDERED** that:

1. By **April 4, 2022**, Plaintiffs' counsel shall serve on Defendants' counsel a concise letter that sets forth a settlement demand itemizing the principal supporting damages or other relief that Plaintiffs assert would appropriately be granted at trial.

2. By **April 14, 2022**, Defendants' counsel shall serve on Plaintiffs' counsel a concise letter that sets forth a response to the settlement demand.

3. By **April 14, 2022**, each party shall provide to the Court:

    a. A copy of each letter that was sent to an opposing party;

    b. A confidential, concise letter containing an analysis of the strengths and weaknesses of its case; and

    c. Any video or audio recordings of the incident upon which this action is

   based.

   d. **This letter should also contain the email addresses and phone numbers for all participants in the settlement conference. This contact information will be used to send the invitation to attend the settlement conference via Zoom.**

   These materials may be submitted to the Court by email: garzaschambers@nmd.uscourts.gov

4. Each of these letters typically should be five (5) pages or fewer, and counsel will ensure that each party reads the opposing party's letter before the settlement conference.

5. Before **April 21, 2022**, counsel shall confer with one another about their clients' respective positions.

6. On **April 21, 2022, at 10:00 a.m.**, counsel shall call Judge Garza's AT&T line at (877) 810-9415, follow the prompts, and enter access code 7467959, for a pre-settlement telephonic status conference

A party must show good cause to vacate or reschedule the settlement conference. Any such request must provide the Court with sufficient notice to ensure that other matters may be scheduled in the time allotted for the settlement conference.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE