**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JOEL A. MELENDEZ,

    Plaintiff,

v.                                              No. CV 21-61 RB/CG

CITY OF LAS CRUCES POLICE DEPARTMENT,
and D'ANTHANY ROOHR

    Defendants.

**ORDER VACATING PRE-SETTLEMENT AND SETTLEMENT CONFERENCES**

    **THIS MATTER** is before the Court *sua sponte*. **IT IS HEREBY ORDERED** that

the Telephonic Pre-Settlement Conference set for **Thursday, April 21, 2022, at 10:00**

**a.m.**, and the Zoom Settlement Conference set for **Thursday, April 28, 2022, at 9:00**

**a.m.**, are hereby **VACATED**. The matter will be reset at a later date.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE