## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JOEL A. MELENDEZ,

    Plaintiff,

v.                                                      No. CV 21-61 RB/CG

CITY OF LAS CRUCES POLICE DEPARTMENT,
and D'ANTHANY ROOHR

    Defendants.

### ORDER RESETTING PRE-SETTLEMENT STATUS CONFERENCES

**THIS MATTER** is before the Court *sua sponte*. **IT IS HEREBY ORDERED** that the Telephonic Pre-Settlement Status Conference set for **Monday, August 1, 2022, at 10:00 a.m.**, is **RESET** for **Thursday, July 28, 2022, at 2:00 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE