IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOEL A. MELENDEZ,

    Plaintiff,

v.                                                                                                                                              No. CV 21-61 RB/CG

CITY OF LAS CRUCES POLICE DEPARTMENT,
and D'ANTHANY ROOHR

    Defendants.

## ORDER RESETTING SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court upon communication with counsel. **IT IS HEREBY ORDERED** that the Settlement Conference scheduled for **Thursday, August 5, 2022, at 9:00 a.m.,** previously set to be held via Zoom will instead be held **in the United States Courthouse, 100 North Church Street, Las Cruces, New Mexico, Organ Courtroom**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE